IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.1:01-CR-00058-001 |
| | : | |
| v. | : | (Judge Caldwell) |
| | : | |
| SUE ELLEN SAXTON, | : | |
| Defendant | : | (Filed electronically) |

## ORDER

AND NOW, this ____ day of December, 2007, upon consideration of the Motion to Modify Criminal Judgment filed by The Pennsylvania Counties Risk Pool, a/k/a Pennsylvania County's Risk Pool ("PCoRP"), the Motion is GRANTED and it is HEREBY ORDERED that the Criminal Judgment filed in the above-captioned case on January 18, 2002 is modified to provide that all future restitution payments due to PCoRP by Defendant Sue Ellen Saxton pursuant to the Criminal Judgment be paid, through the Clerk of Court, to Mifflin County, 20 North Wayne Street, Lewistown, PA 17044, rather than to PCoRP.

BY THE COURT:

_____
William W. Caldwell, U.S. District Judge